No. 22-1507

# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

LIDIA LECH,

Plaintiff-Appellant

v.

DOROTHEA VON GOELER, MD; BAYSTATE MEDICAL PRACTICES, INC.; HAMPDEN COUNTY SHERIFF'S DEPARTMENT; MARIA DIAZ; NICOLE SKORUPSKI; ELIZABETH MEAUX; SHANTELLE ROSADO; JULIE BELLE-ISLE, RN; LYNN CHASE; MICHAEL J. ASHE, JR.; PATRICIA MURPHY; NICHOLAS COCCHI, Sheriff; NATALIE CRUZ; MICHAEL VANCINI,

Defendants-Appellees.

On Appeal from the United States District Court for the District of Massachusetts in Case No. 3:17-cv-30024, Magistrate Judge Katherine A. Robertson

**JOINT MOTION OF APPELLEES TO MODIFY BRIEFING SCHEDULE, ASSENTED-TO BY APPELLANT**

| | |
|---|---|
| KEVIN C. GIORDANO, ESQ.<br>MICHAEL B. DOHERTY, ESQ.<br>KEYES AND DONNELLAN, P.C.<br>293 Bridge Street, Suite 600<br>Springfield, MA 01103<br><br>*Counsel for defendant-appellees Dorothea Von Goeler, M.D. and Baystate Medical Practices, Inc.*<br><br>August 22, 2023 | THOMAS E. DAY, ESQ.<br>SPECIAL ASSISTANT ATTORNEY GENERAL<br>EGAN, FLANAGAN AND COHEN, P.C.<br>67 Market Street, P.O. Box 9035<br>Springfield, MA 01102<br><br>*Counsel for defendants-appellees Hampden County Sheriff's Department, Maria Diaz, Nicole Skorupski, Elizabeth Meaux, Shantelle Rosado, Julie Belle-Isle, Lynn Chase, Michael J. Ashe, Jr., Nicholas Cocchi, Patricia Murphy, Natalie Cruz, and Michael Vancini* |

**ADDITIONAL COUNSEL LISTED ON NEXT PAGE**

Daniel S. Volchok
Allison Schultz
Joseph Meyer
Michael Moorin
Wilmer Cutler Pickering
   Hale and Dorr llp
2100 Pennsylvania Avenue N.W.
Washington, D.C. 20006

*Counsel for plaintiff-appellant*

Pursuant to Federal Rules of Appellate Procedure 26(b), 27, and 31(a)(1), and this Court's Rules 27 and 31, the Appellees jointly request that the Court modify the briefing schedule in this case as follows:

- Enlarge the time to file the Appellees' briefs by two weeks, to September 8, 2023;

- Enlarge the time to file the Appellant's Reply Brief in accordance with Fed. R. App. P. 31(a), to September 29, 2023.

Good cause exists for the requested Motion to Extend the Briefing Schedule. Counsel for the Defendant-Appellees, Hampden County Sheriff's Department, et. al., Thomas E. Day, as a Special Assistant Attorney General for the Commonwealth of Massachusetts, must coordinate with the Hampden County Sheriff's Department, the Office of the Attorney General, and the Office of the State Solicitor in producing the Appellees' brief. The coordination schedule has been complicated by a number of unexpected personal matters, including a medical procedure and illness among individuals involved in this review. The Summer schedule has further complicated the ability to obtain coverage for individuals who are involved in this review, due to pre-planned vacations. Furthermore, the litigation schedule of the lead attorney for the Hampden County Sheriff's Department, Thomas E. Day, has involved two large mediations in the last two

months, one that went forward on July 20, 2023 and the second to be conducted tomorrow, August 23, 2023, both of which have involved significant preparation.

## CONCLUSION

The briefing schedule should be modified as outlined above.

Respectfully submitted,

<u>/s/ Michael B. Doherty</u>
KEVIN C. GIORDANO, ESQ.
MICHAEL B. DOHERTY, ESQ.
KEYES AND DONNELLAN, P.C.
293 Bridge Street, Suite 600
Springfield, MA 01103
(413) 781-6540
kgiordano@keyesanddonnellan.com
mdoherty@keyesanddonnellan.com

*Counsel for defendant-appellees Dorothea Von Goeler, M.D. and Baystate Medical Practices, Inc.*

<u>/s/ Thomas E. Day</u>
THOMAS E. DAY, ESQ.
SPECIAL ASSISTANT ATTORNEY GENERAL
EGAN, FLANAGAN AND COHEN, P.C.
67 Market Street, P.O. Box 9035
Springfield, MA 01102-9035
(413) 737-0260
ted@efclaw.com

*Counsel for defendants-appellees Hampden County Sheriff's Department, Maria Diaz, Nicole Skorupski, Elizabeth Meaux, Shantelle Rosado, Julie Belle-Isle, Lynn Chase, Michael J. Ashe, Jr., Nicholas Cocchi, Patricia Murphy, Natalie Cruz, and Michael Vancini*

Assented-to,
<u>/s/ Daniel S. Volchok</u>
DANIEL S. VOLCHOK
ALLISON SCHULTZ
JOSEPH MEYER
MICHAEL MOORIN
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue N.W.
Washington, D.C. 20006
(202) 663-6000
daniel.volchok@wilmerhale.com

*Counsel for plaintiff-appellant*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) in that, according to the word-count function of the word-processing program used to prepare the motion (Microsoft Word), the motion contains 244 words, excluding the portions exempted by Rules 27(d)(2) and 32(f).

*/s/ Thomas E. Day*
Thomas E. Day

## CERTIFICATE OF SERVICE

On August 22, 2023 I filed the foregoing using the CM/ECF system, which effected service on all registered counsel.

*/s/ Thomas E. Day*
Thomas E. Day

0056-1702244\500398