OFFICIAL BUSINESS

TO:

David J.M. Rountree
Ste 201
227 Main St
Greenfield, MA 01301

NSN

22-1507
CON 6130

NIXIE       015    6E  1            7207/11/22
      RETURN TO SENDER
   NOT DELIVERABLE AS ADDRESSED
       UNABLE TO FORWARD
BC: 02210300425         2155N192004-03342

SCREENED USMS

2022 JUL 13 PM 1:04
RECEIVED
US COURT OF APPEALS
FIRST CIRCUIT
CLERK'S OFFICE