No. 22-1507

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

LIDIA LECH,

Plaintiff-Appellant

v.

DOROTHEA VON GOELER, MD; BAYSTATE MEDICAL PRACTICES, INC.;
HAMPDEN COUNTY SHERIFF'S DEPARTMENT; MARIA DIAZ; NICOLE
SKORUPSKI; ELIZABETH MEAUX; SHANTELLE ROSADO; JULIE BELLE-
ISLE, RN; LYNN CHASE; MICHAEL J. ASHE, JR.; PATRICIA MURPHY;
NICHOLAS COCCHI, Sheriff; NATALIE CRUZ; MICHAEL VANCINI,

Defendants-Appellees.

On Appeal from the United States District Court for the District of Massachusetts in
Case No. 3:17-cv-30024, Magistrate Judge Katherine A. Robertson

## JOINT MOTION TO MODIFY BRIEFING SCHEDULE

KEVIN C. GIORDANO, ESQ.
MICHAEL B. DOHERTY, ESQ.
KEYES AND DONNELLAN, P.C.
293 Bridge Street, Suite 600
Springfield, MA 01103

*Counsel for defendant-appellees Dorothea
Von Goeler, M.D. and Baystate Medical
Practices, Inc.*

April 10, 2023

DANIEL S. VOLCHOK
ALLISON SCHULTZ
JOSEPH MEYER
MICHAEL MOORIN
WILMER CUTLER PICKERING
    HALE AND DORR LLP
2100 Pennsylvania Avenue N.W.
Washington, D.C. 20037

*Counsel for plaintiff-appellant*

**ADDITIONAL COUNSEL LISTED ON NEXT PAGE**

THOMAS E. DAY, ESQ.
SPECIAL ASSISTANT ATTORNEY GENERAL
EGAN, FLANAGAN AND COHEN, P.C.
67 Market Street, P.O. Box 9035
Springfield, MA 01102

*Counsel for defendants-appellees Hampden County Sheriff's Department, Maria Diaz, Nicole Skorupski, Elizabeth Meaux, Shantelle Rosado, Julie Belle-Isle, Lynn Chase, Michael J. Ashe, Jr., Nicholas Cocchi, Patricia Murphy, Natalie Cruz, and Michael Vancini*

Pursuant to Federal Rules of Appellate Procedure 26(b), 27, and 31(a)(1), and this Court's Rules 27 and 31, the parties jointly request that the Court modify the briefing schedule in this case as follows:

- Plaintiff-appellant's opening brief and the appendix due June 16, 2023;

- Defendants-appellees' response brief due August 25, 2023;

- Plaintiff-appellant's reply brief due September 22, 2023.

Good cause exists for the requested modification of the briefing schedule. For one thing, plaintiff-appellant Lidia Lech's counsel, who did not represent Ms. Lech at trial, only recently received and must now review transcripts of all the relevant district-court proceedings (including the 18-day trial). Counsel for all parties also have preexisting travel and briefing deadlines in other cases scheduled during the current briefing period.

Ms. Lech's counsel's pre-existing obligations are as follows: Daniel Volchok was traveling internationally from April 1 to April 8; will be in trial before the Federal Trade Commission in *In re Intuit Inc.*, FTC Dkt. No. 9408, from April 10 to April 14; will have post-trial briefing in the same case due in early and mid-May; has an amicus brief due on April 21 in *People v. Tyson*, No. 162968 (Mich.); has a summary-judgment motion due on May 1 in *Mi Familia Vota v. Fontes*, No. 22-cv-509 (D. Ariz.); and has an opening brief due on May 2 in *Jewell v. Boughton*, No. 22-3082 (7th Cir.). Joseph Meyer will also be in the *Intuit* trial

through April 14 and have the same post-trial briefing in that case. Michael
Moorin has a brief due on April 10 in *Sinclair Wyoming Refining Co. LLC v. EPA*,
No. 22-1074 (D.C. Cir.); will be traveling April 15 to April 19; has a hearing on
April 21 in *Rodriguez et al v. Imperial Brands PLC*, No. 20-cv-23287 (S.D. Fla.);
and has a brief due on May 18 in *Calumet Shreveport Refining v. EPA*, No. 22-
60266 (5th Cir.).

Defendants-appellees' counsel's pre-existing obligations are as follows: In
May, Michael Doherty has multiple 2- to 4-day trials scheduled in various courts in
Western Massachusetts and a multiple day Board of Registration in Medicine
hearing, with the first trial beginning May 4 and the last matter (the Board hearing)
beginning on May 23. In June, Attorney Doherty has a 2-day trial on the trial
calendar in Berkshire Superior Court and is on a family vacation from June 10
through June 23. In July, Attorney Doherty will be traveling internationally from
July 7 through July 22. Kevin Giordano is scheduled to be the first case out on a 2-
week trial in Hampshire Superior Court in May, followed by a trial beginning May
30 in Franklin Superior Court. In June, Attorney Giordano has a 2-week trial
beginning on June 12.

## CONCLUSION

The briefing schedule should be modified as outlined above.

April 10, 2023

*/s/ Michael B. Doherty*
KEVIN C. GIORDANO, ESQ.
MICHAEL B. DOHERTY, ESQ.
KEYES AND DONNELLAN, P.C.
293 Bridge Street, Suite 600
Springfield, MA 01103
(413) 781-6540
kgiordano@keyesanddonnellan.com
mdoherty@keyesanddonnellan.com

*Counsel for defendant-appellees Dorothea Von Goeler, M.D. and Baystate Medical Practices, Inc.*

*/s/ Thomas E. Day*
THOMAS E. DAY, ESQ.
SPECIAL ASSISTANT ATTORNEY GENERAL
EGAN, FLANAGAN AND COHEN, P.C.
67 Market Street, P.O. Box 9035
Springfield, MA 01102-9035
(413) 737-0260
ted@efclaw.com

*Counsel for defendants-appellees Hampden County Sheriff's Department, Maria Diaz, Nicole Skorupski, Elizabeth Meaux, Shantelle Rosado, Julie Belle-Isle, Lynn Chase, Michael J. Ashe, Jr., Nicholas Cocchi, Patricia Murphy, Natalie Cruz, and Michael Vancini*

Respectfully submitted,

*/s/ Daniel S. Volchok*
DANIEL S. VOLCHOK
ALLISON SCHULTZ
JOSEPH MEYER
MICHAEL MOORIN
WILMER CUTLER PICKERING
   HALE AND DORR LLP
2100 Pennsylvania Avenue N.W.
Washington, D.C. 20037
(202) 663-6000
daniel.volchok@wilmerhale.com

*Counsel for plaintiff-appellant*

**CERTIFICATE OF COMPLIANCE**

This motion complies with the type-volume limitation of Federal Rule of

Appellate Procedure 27(d)(2)(A) in that, according to the word-count function of

the word-processing program used to prepare the motion (Microsoft Word), the

motion contains 461 words, excluding the portions exempted by Rules 27(d)(2)

and 32(f).

/s/ Daniel S. Volchok
Daniel S. Volchok

**CERTIFICATE OF SERVICE**

On April 10, 2023, I filed the foregoing using the CM/ECF system, which

effected service on all registered counsel.

/s/ Daniel S. Volchok
Daniel S. Volchok