# United States Court of Appeals
## For the First Circuit

No. 22-1507

LIDIA LECH,

Plaintiff - Appellant,

v.

DOROTHEA VON GOELER, MD; BAYSTATE MEDICAL PRACTICES, INC.; HAMPDEN COUNTY SHERIFF'S DEPARTMENT; MARIA DIAZ; NICOLE SKORUPSKI; ELIZABETH MEAUX; SHANTELLE ROSADO; JULIE BELLE-ISLE, RN; LYNN CHASE; MICHAEL J. ASHE, JR.; PATRICIA MURPHY; NICHOLAS COCCHI, Sheriff; NATALIE CRUZ; MICHAEL VANCINI,

Defendants - Appellees,

JOHN DOE 1; JOHN DOE 2,

Defendants.

### ORDER OF COURT

Entered: June 22, 2023
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration, Appellant Lidia Lech's motion to file volumes 5 and 6 of the appendix under seal is granted. The tendered sealed volumes are accepted for filing on this date.

By the Court:

Maria R. Hamilton, Clerk

cc:
Daniel Volchok, John R. Godleski, Kevin C. Giordano, Michael B. Doherty, Thomas Emmet Day, Lauren F. Olanoff, Michael G. McDonough