# United States Court of Appeals
## For the First Circuit

No. 22-1507

LIDIA LECH,

Plaintiff - Appellant,

v.

DOROTHEA VON GOELER, MD; BAYSTATE MEDICAL PRACTICES, INC.; HAMPDEN COUNTY SHERIFF'S DEPARTMENT; MARIA DIAZ; NICOLE SKORUPSKI; ELIZABETH MEAUX; SHANTELLE ROSADO; JULIE BELLE-ISLE, RN; LYNN CHASE; MICHAEL J. ASHE, JR.; PATRICIA MURPHY; NICHOLAS COCCHI, Sheriff; NATALIE CRUZ; MICHAEL VANCINI,

Defendants - Appellees,

JOHN DOE 1; JOHN DOE 2,

Defendants.

**ORDER OF COURT**

Entered:   June 26, 2023
Pursuant to 1st Cir. R. 27.0(d)

On June 23, 2023, American Civil Liberties Union of Massachusetts filed a brief as amicus curiae. The brief is non-compliant because the caption on the front cover of the brief does not match the caption used by the court. See Fed. R. App. P. 29(a)(4) and 32(a)(2)(C). In addition, Attorneys Jessie J. Rossman and/or Medha Swaminathan are directed to file an appearance form by **July 5, 2023**. A corrected amicus brief must be filed no later than **July 5, 2023**.

By the Court:

Maria R. Hamilton, Clerk

cc:
Daniel Volchok
John R. Godleski
Kevin C. Giordano
Michael B. Doherty
Thomas Emmet Day

Lauren F. Olanoff
Michael G. McDonough
Donna M. Evans
Zachary R. Glubiak
Alison S. Deich
Kirsten V. Mayer
Jessie J. Rossman
Medha Swaminathan