# United States Court of Appeals
## For the First Circuit

No. 22-1507

LIDIA LECH,

Plaintiff - Appellant,

v.

DOROTHEA VON GOELER, MD; BAYSTATE MEDICAL PRACTICES, INC.; HAMPDEN COUNTY SHERIFF'S DEPARTMENT; MARIA DIAZ; NICOLE SKORUPSKI; ELIZABETH MEAUX; SHANTELLE ROSADO; JULIE BELLE-ISLE, RN; LYNN CHASE; MICHAEL J. ASHE, JR.; PATRICIA MURPHY; NICHOLAS COCCHI, Sheriff; NATALIE CRUZ; MICHAEL VANCINI,

Defendants - Appellees,

JOHN DOE 1; JOHN DOE 2,

Defendants.

### NOTICE

Issued: July 11, 2023

By a previously issued Notice, the clerk's office warned that it would no longer send paper copies of court documents to those attorneys who had not registered for a CM/ECF account in this court.

The following attorneys have failed to register for an account and will no longer receive notice in this case:

Alison S. Deich
Zachary R. Glubiak

The following attorneys will continue to receive notice in this case:

Thomas Emmet Day
Michael B. Doherty
Donna M. Evans
Kevin C. Giordano
John R. Godleski

Kirsten V. Mayer
Michael G. McDonough
Lauren F. Olanoff
Jessie J. Rossman
Medha Swaminathan
Daniel Volchok

      Please note that any attorney who has been removed from the service list, and later wishes to resume receiving notice, must register for a CM/ECF account and enter a notice of appearance in this case.

                                                 Maria R. Hamilton, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager: Joseph Kelley - (617) 748-9051

cc:
Thomas Emmet Day
Alison S. Deich
Michael B. Doherty
Donna M. Evans
Kevin C. Giordano
Zachary R. Glubiak
John R. Godleski
Kirsten V. Mayer
Michael G. McDonough
Lauren F. Olanoff
Jessie J. Rossman
Medha Swaminathan
Daniel Volchok